# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS ESTRADA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA CORRECTIONAL INSTITUTION, et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-00599-AWI-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO RE-SERVE MOTION TO DISMISS ON PLAINTIFF WITHIN FIVE DAYS FROM DATE OF SERVICE OF THIS ORDER<br><br>(ECF No. 16) |

Nicholas Estrada ("Plaintiff") is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 6, 2019, Defendants filed a motion to dismiss which was served on Plaintiff at his address of record. (ECF No. 16.) Plaintiff has not filed an opposition or statement of non-opposition. However, on November 8, 2019, and February 3, 2020, Plaintiff filed a notice of change of address and indicates that he has not received filings at his previous addresses of record. (ECF No. 18, 19.) Because it appears that Plaintiff has not received Defendants' motion to dismiss, the Court will direct that the motion be re-served on Plaintiff at his current address of record.

Accordingly, it is HEREBY ORDERED that:

1. Within five days from the date of service of this order, Defendants shall re-serve a copy of their motion to dismiss at Plaintiff's new address of record as reflected on

the Court's electronic filing system and shall file proof of re-serve with the Court;

2. Within twenty-one (21) days after the date of reservice of the motion, Plaintiff shall file an opposition, if any, to Defendants' motion to dismiss;

3. A reply shall be filed within seven (7) days after of the filing of any opposition; and

4. After the expiration of the above deadlines, Defendants' motion to dismiss will be deemed submitted for review. Local Rule 230(l).

IT IS SO ORDERED.

Dated: **March 23, 2020**

UNITED STATES MAGISTRATE JUDGE