UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS ESTRADA,<br><br>  Plaintiff,<br><br>  v.<br><br>CALIFORNIA CORRECTIONAL INSTITUTION, et al.,<br><br>  Defendants. | Case No.: 1:18-cv-00599-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING DEFENDANTS' MOTION TO DISMISS<br><br>[ECF No. 22] |

Plaintiff Nicholas Estrada is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 28, 2020, the magistrate judge issued Findings and Recommendations recommending that Defendants' motion to dismiss the action be denied.  (ECF No. 22.)  The findings and recommendations were served on the parties and contained notice that objections were due within twenty-one days.  No objections have been filed and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

///

1

Accordingly,

1. The Findings and Recommendations issued on May 28, 2020 (ECF No. 22.) are adopted;
2. Defendants' motion to dismiss the action filed on September 6, 2019 (ECF No. 16) is DENIED; and
3. Defendants shall file an answer to the complaint within fourteen days from the date of service of this order.  Fed. R. Civ. P. 12(a)(4)(B).

IT IS SO ORDERED.

Dated:   August 10, 2020

SENIOR DISTRICT JUDGE