# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS ESTRADA,<br><br>            Plaintiff,<br><br>   v.<br><br>CALIFORNIA CORRECTIONAL INSTITUTION, *et al.*,<br><br>            Defendants. | Case No.  1:18-cv-00599-AWI-SAB (PC)<br><br>ORDER REQUIRING REMOTE APPEARANCES AT SETTLEMENT CONFERENCE<br><br>**Date: October 14, 2020**<br>**Time: 9:30 a.m.** |

       A settlement conference in this matter is currently scheduled on October 14, 2020, at 9:30 a.m. before the undersigned.  In light of the coronavirus (COVID-19) outbreak and the evolving coronavirus protocols, the Court finds that the parties shall appear **remotely** via the Zoom videoconferencing application.

       Plaintiff is informed that he may appear by video, if he has access to a device with an internet connection and a web camera.  If Plaintiff does not have access to such a device, he may appear by telephone.  Counsel for Defendants shall appear by video, via the Zoom application.

       Counsel for Defendants shall contact Courtroom Deputy, Esther Valdez, at (559) 499-5788 or evaldez@caed.uscourts.gov for the video and dial-in information, including any necessary passcodes, for all parties.  Counsel for Defendants shall then provide the appropriate contact information to the Plaintiff (both Zoom video information and Zoom dial-in information)

1

by private communication to facilitate Plaintiff's remote appearance. Plaintiff may also contact the Courtroom Deputy directly to obtain the necessary video and dial-in information.

IT IS SO ORDERED.

Dated: **September 17, 2020**          /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE