# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS ESTRADA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA CORRECTIONAL INSTITUTION, et al.,<br><br>　　　　Defendants. | Case No.: 1:18-cv-00599-AWI-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF Nos. 29, 30) |

Plaintiff Nicholas Estrada is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 14, 2020, the Court ordered Plaintiff to show cause why the action should not be dismissed for his failure to appear at the scheduled settlement conference. (ECF No. 29.)

On October 29, 2020, Plaintiff filed a response to the order to show cause indicating that he had his parole revoked and is currently in the Los Angeles County Jail. (ECF No. 30.)

On the basis of good cause, it is HEREBY ORDERED that the order to show cause issued October 14, 2020 is discharged.

IT IS SO ORDERED.

Dated: **October 30, 2020**

UNITED STATES MAGISTRATE JUDGE

1