UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS ESTRADA,<br><br>           Plaintiff,<br><br>      v.<br><br>CALIFORNIA CORRECTIONAL INSTITUTION, et al.,<br><br>           Defendants. | Case No.: 1:18-cv-00599-AWI-SAB (PC)<br><br>ORDER DIRECTING PARTIES TO INFORM THE COURT WHETHER A SETTLEMENT CONFERENCE IS FEASIBLE AND WOULD BE BENEFICIAL IN THIS CASE |

Plaintiff Nicholas Estrada is a former state prisoner appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

This action is proceeding against Defendants Bounville and Sullivan for deliberate indifference to a serious medical need in violation of the Eighth Amendment.

On August 19, 2020, Defendants filed an answer to the complaint. (ECF No. 24.)

On August 20, 2020, the Court stayed the case and scheduled a settlement conference on October 14, 2020, before Magistrate Judge Barbara A. McAuliffe. (ECF No. 25.)

On September 17, 2020, the Court issued an order requiring the parties to appear remotely at the settlement conference due to the coronavirus outbreak. (ECF No. 26.) In this order, Plaintiff was advised that he could appear by video, if he has access to a device with an internet connection and a web camera, or he could appear by telephone. (Id.)

Plaintiff did not appear for the October 14, 2020 settlement conference or otherwise communicate with the Court.  Therefore, on this same date, the Court issued an order for Plaintiff to show cause why the action should not be dismissed for failure to comply with a court order and failure to prosecute the action. (ECF No. 29.)

Plaintiff filed a response to the order to show cause on October 29, 2020.  (ECF No. 30.)  In his response, Plaintiff indicated that his parole was revoked and he did not have access to a telephone or other device to communicate with the Court.  (Id.)  Based on Plaintiff response, the Court vacated the order to show cause on October 30, 2020.  (ECF No. 31.)

It is HEREBY ORDERED that within **twenty (20)** days from the date of service of this order, the parties shall notify the Court whether a **remote** settlement conference is feasible, and whether they believe, in good faith, that settlement in this case is a possibility and are interested in having a settlement conference scheduled by the Court.

IT IS SO ORDERED.

Dated:   **November 16, 2020**

UNITED STATES MAGISTRATE JUDGE