UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS ESTRADA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA CORRECTIONAL INSTITUTION, et al.,<br><br>　　　　Defendants. | Case No.: 1:18-cv-00599-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(ECF Nos. 40, 42) |

　　　　Plaintiff Nicholas Estrada is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On July 30, 2021, the Magistrate Judge issued Findings and Recommendations recommending that Defendants' motion for summary judgment be granted and the action be dismissed, without prejudice, for failure to exhaust the administrative remedies. (ECF No. 42.) The Findings and Recommendations were served on the parties and contained notice that objections were due within thirty days. No objections have been filed and the time in which to do so has now passed.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and proper analysis.

Accordingly,

1. The Findings and Recommendations issued on July 30, 2021 (ECF No. 42) are adopted;
2. Defendants' motion for summary judgment filed on April 9, 2021 (ECF No. 40) is GRANTED; and
3. The instant action is dismissed, without prejudice, for failure to exhaust the administrative remedies.

IT IS SO ORDERED.

Dated: September 8, 2021

SENIOR DISTRICT JUDGE